**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** ___MA___        **Category No.** _II_        **Investigating Agency** _FBI_

**City** _Brockton_

**County** _Plymouth_

**Related Case Information:**
Superseding Ind./ Inf. _no_        Case No. _____
Same Defendant _yes_        New Defendant _____
Magistrate Judge Case Number _26-mj-6140-MPK_
Search Warrant Case Number _see attached_
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _see attached_    ☑ Yes  ☐ No

Defendant Name _Felipe Jonet-Branco_                    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes ☑ No

Alias Name: _____

Address: _35 Errol Rd. Brockton MA_

Birth date (Yr only): _1994_    SSN (last 4#): _2341_    Sex: _M_    Race _____    Nationality: _____

**Defense Counsel if known:** _Hank Brennan_        Address: _20 Park Plaza, Suite 400_

Bar Number: _630488_                _Boston, MA 02116_

**U.S. Attorney Information**

AUSA: _David Cutshall_                Bar Number if applicable: _684891_

**Interpreter:** ☐ Yes ☑ No        List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:** _In custody_

**Arrest Date:** _2/18/26_

☑ Already in Federal Custody as of _2/18/26_        in _PHOC_ .
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____    on _____

**Charging Document:** ☐ Complaint    ☑ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony _11_

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: _7/6/2026_        Signature of AUSA: _David Cutshall_

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Felipe Jonet-Branco

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 841(a)(1) | PWID Controlled Substances | 1 |
| Set 2 | 18 U.S.C. § 922(g)(1) | Felon in Possession of Firearm | 2-11 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

Search Warrant Case Number Attachment

Related Case Number Attachment

| Search Warrant Case Number | Related Case Number |
|---|---|
| 25-MJ-6341-MPK | 25-MJ-6397-MPK |
| 25-MJ-6364-MPK | 25-MJ-6682-MPK |
| 25-MJ-6370-MPK | 25-MJ-6767-MPK |
| 25-MJ-6371-MPK | 26-MJ-6137-MPK |
| 25-MJ-6388-MPK | 26-MJ-6138-MPK |
| 25-MJ-6389-MPK | 26-MJ-6139-MPK |
| 25-MJ-6402-MPK | 26-MJ-6140-MPK |
| 25-MJ-6451-MPK | 26-MJ-6141-MPK |
| 25-MJ-6452-MPK | 26-CR-10041-BEM |
| 25-MJ-6453-MPK | 26-CR-10057-BEM |
| 25-MJ-6462-MPK | 26-CR-10082-BEM |
| 25-MJ-6466-MPK | 26-CR-10160-BEM |
| 25-MJ-6592-MPK | 26-CR-10173-BEM |
| 25-MJ-6593-MPK | 26-CR-10178-BEM |
| 25-MJ-6594-MPK | 26-CR-10180-BEM |
| 25-MJ-6625-MPK | |
| 25-MJ-6626-MPK | |
| 25-MJ-6752-MPK | |
| 25-MJ-6753-MPK | |
| 25-MJ-6754-MPK | |
| 25-MJ-6755-MPK | |
| 25-MJ-6756-MPK | |
| 25-MJ-6757-MPK | |
| 25-MJ-6758-MPK | |
| 25-MJ-6759-MPK | |
| 25-MJ-6760-MPK | |
| 25-MJ-6761-MPK | |
| 25-MJ-6762-MPK | |
| 25-MJ-6763-MPK | |
| 25-MJ-6764-MPK | |
| 25-MJ-6765-MPK | |
| 25-MJ-6766-MPK | |
| 25-MJ-6814-MPK | |
| 25-MJ-6820-MPK | |
| 25-MJ-6821-MPK | |
| 25-MJ-6822-MPK | |
| 26-MJ-6235-MPK | |
| 26-MJ-6252-MPK | |
| 26-MJ-6253-MPK | |
| 26-MJ-6254-MPK | |
| 26-MJ-6330-MPK | |
| 26-MJ-6331-MPK | |
| 26-MJ-6332-MPK | |